IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAFARGE CORPORATION | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAMCORP, INC., JAY SKOWRONEK, | : | |
| and JUDITH SKOWRONEK | : | No. 02-CV-2803 |
| | : | |
| Defendant | : | |

## O R D E R

AND NOW, this   day of July, 2002, upon consideration of the Plaintiff's Motion for Entry of Default Judgment against Defendant Lamcorp, Inc., said Motion is GRANTED on the issue of liability only.

It is further ORDERED that the Plaintiff shall file a Motion to Assess Damages, a brief in support of said Motion, and all relevant and appropriate evidence in support of Plaintiff's damages claim by July 31, 2002.  Said Motion, and the accompanying materials shall further address Plaintiff's claim for attorney's fees.  Plaintiff response to said Motion is due August 7, 2002.

Plaintiff's counsel is further ORDERED to serve a copy of this Order upon Defendant forthwith and file proof of service with the Clerk of Court immediately thereafter.

AND IT IS SO ORDERED

_____
Clarence C. Newcomer, S.J.