IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAFARGE CORPORATION | : | CIVIL ACTION |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LAMCORP, INC. | : | NO. 02-2803 |

O R D E R

AND NOW, this 9th day of September, 2005, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Clarence C. Newcomer to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court